NOAH'S ARK CHRISTIAN CHILD CARE CENTER, INC. and Strassburger McKenna Gutnick & Potter, Trustee

v.

ZONING HEARING BOARD OF WEST MIFFLIN

v.

Borough of West Mifflin and Second Baptist Church of Homestead,

Petition of Borough of West Mifflin.

Supreme Court of Pennsylvania.

May 4, 2004.

### ORDER

PER CURIAM:

AND NOW, this 4th day of May, 2004, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether the Commonwealth Court committed an error of law by failing to follow its own standard of review in appeals of zoning board decisions where the local zoning board made findings of fact and conclusions of law based on substantial evidence of record and the Commonwealth Court improperly substituted its own judgment as a reviewing court in place of the local zoning board as the trier of fact in weighing evidence and making determinations of credibility?

The matter is to be SUBMITTED.

Dorothy HAHN as Guardian for the Estate and Person of Anthony Granata, an Incapacitated Person, Appellee

v.

ST. LUKE'S HOSPITAL, Appellant.

Supreme Court of Pennsylvania.

Argued April 15, 2004.

Decided May 10, 2004.

Paul E. Laughlin, Bethlehem, John Jacob Hare, Charles W. Craven, Philadelphia, for St. Luke's Hosp.

Jill Hilary Miller, John T. McLane, Scranton, for Dorothy Hahn.

Before: CAPPY, C.J., CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

Justice CASTILLE dissents and would reverse the order of the Superior Court.